SAO
JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
ROBERT L. ENGLISH
Nevada Bar No. 3504
SHOOK & STONE, CHTD.
710 South 4th Street
Las Vegas, NV 89101
Office: (702) 385-2220
Attorney for Creditor
Charles Carlisi

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

RAQUEL MENENDEZ

        Debtor .

Case No.: 20-16271
Chapter 7 Bankruptcy

**STIPULATION AND ORDER FOR**
**RELIEF FROM AUTOMATIC STAY**

    IT IS HEREBY STIPULATED AND AGREED TO by and between Creditor CHARLIE CARLISI, by and through his counsel of record JOHN B. SHOOK, ESQ. and ROBERT ENGLISH, ESQ., of the law firm SHOOK & STONE, and Debtor RAQUEL MENENDEZ by and through her counsel of record, CHRISTINE OWEN, ESQ. of the LAW OFFICES OF CHRISTINE M. OWEN as follows:

1. That the certain personal injury action pending in the District Court for Clark County Nevada, Case No. A-20-825889-C, the automatic stay of 11 U.S.C. Section 362 be vacated and Charlie Calisi shall have relief from the automatic stay to proceed in the Personal Injury action against the debtor.

2. That Charlie Calisi will rely solely on insurance policies to satisfy any judgment entered against the Debtor in connection with the personal injury action.

3. That the Debtor insurance polices has been tendered in the above personal injury action.

4. That the Trustee's right, if any, to pursue a bad faith action against the Debtor's insurer in the event Charlie Calisi obtains a judgment against Debtor in excess of any insurance proceeds is not affected by the instant Order.

5. That the Trustee's right to assign to Charlie Carlisi the rights to pursue a bad faith action, if any, against the Debtor's insurer, is not affected by the instant Order.

DATED this ___ day of January, 2021.                    DATED this 1st day of ~~January~~ February, 2021.

_____                          _____
JOHN B. SHOOK, ESQ.                                      Alyssa Higi, Esq. for
Nevada Bar No. 5499                                      CHRISTINE OWEN, ESQ.
ROBERT L. ENGLISH, ESQ.                                  Nevada Bar No. 9141
Nevada Bar No. 3504                                      LAW OFFICE OF CHRISTINE OWEN
SHOOK & STONE, CHTD.                                     509 South Seventh Street
710 South Fourth Street                                  Las Vegas, Nevada 89101
Las Vegas, Nevada 89101                                  Attorney for Debtor Raquel Menendez

2